**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
MAY 26 PM 3: 37
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

DAMON ANTOINE GAITHER,          *

    Petitioner,

v.                                              *

**Civil Action No.: RDB-16-2043**
**Criminal No.: RDB-03-0456**

UNITED STATES OF AMERICA,
                                 *

    Respondent.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM ORDER

Now pending before this Court is Petitioner's Motion to Vacate Judgment under 28 U.S.C. § 2255 (ECF No. 84). Petitioner seeks vacatur of his 18 U.S.C. § 924(c) conviction. By agreement of counsel, the Defendant Gaither entered a plea of guilty on this date to a Superseding Criminal Information (ECF No. 106) and proceeded to sentencing pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure to a 240-month sentence. For the reasons set forth on the record on this date, in criminal case number RDB-03-0456, and with that sentence having been imposed, this Court now GRANTS the Motion to Vacate (ECF No. 84). Accordingly, said Motion to Vacate is GRANTED and the civil case, *Gaither v. United States*, Civil No. RDB-16-2043, shall be CLOSED.

IT IS HEREBY SO ORDERED THIS 26TH DAY OF MAY, 2020.

Richard D. Bennett
United States District Judge